# United States Court of Appeals
## For the First Circuit

No. 08-1444

JAMES YEOMALAKIS, on behalf of himself and all
others similarly situated,

Plaintiff, Appellant,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

Defendant, Appellee.

**ERRATA**

The opinion of this Court, issued on April 3, 2009, should be amended as follows.

On page 4, line 12, replace "[disclosure" with "[d]isclosure".

On page 5, line 1, remove stray comma after "granted".

On page 5, line 19, delete "of" between "contains" and "provisions".